IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:10-CV-37-D

| | |
|---|---|
| JACQUELINE VERNETTE BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On October 29, 2012, plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) [D.E. 40]. Defendant takes no position on the request [D.E. 44]. The motion [D.E. 40] is GRANTED. The court approves the fee request of $3,571.27.

SO ORDERED. This 18 day of January 2013.

JAMES C. DEVER III
Chief United States District Judge